USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of the United States for Material Witness Warrant, Pursuant to 18 U.S.C. § 3144, for Khalid Awan,

    Applicant.

Notice of Appearance and Request for Electronic Notification

19 Misc. 447 (LGS)

TO:     Clerk of Court
         United States District Court
         Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case on behalf of the United States of America and to add her as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

SO ORDERED

The Clerk of Court is respectfully directed to close Docket No. 3.

Dated: December 6, 2019
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by: _Kaylan E. Lasky_____
    Kaylan E. Lasky
    Assistant United States Attorney
    (212) 637-2315
    kaylan.lasky@usdoj.gov