USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                        :
In Re Application of the United States for Material : 
Witness Warrant, Pursuant to 18 U.S.C. § 3144, for:
Khalid Awan                                           :          19 Misc. 447 (LGS)
                                                                         :
                                                           Applicant.   :                  <u>ORDER</u>
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on October 1, 2019, Applicant filed a motion to unseal. ECF 1;

       WHEREAS, on November 12, 2019, the United States Government sent an email to the Chambers Inbox that included as an attachment an affidavit relating to Applicant's motion to unseal (the "Affidavit"). The Government requested that the Affidavit be filed under seal until it had an opportunity to file a response to Applicant's motion.

       WHEREAS, on January 13, 2020, the Government sent an email to the Chambers Inbox that included as attachments (1) the Affidavit highlighting the proposed portions to remain under seal and (2) the response to Applicant's motion, which the Government also requested be placed under seal;

       WHEREAS, on January 29, 2020, an Order was issued stating that no later than February 14, 2020, the Government may file a new request to keep the requested portions of the Affidavit under seal. ECF 11. It is hereby

       **ORDERED** that the Government's November 12, 2019, request is DENIED as moot. It is further

       **ORDERED** that the Government's January 13, 2020, request to file the Affidavit partially under seal is GRANTED, but the seal shall remain in effect only until the Court rules on any submission the Government files in light of the January 29, 2020, Order. The Government

shall, by **February 7, 2020**, file a redacted version of the Affidavit on the docket. The party shall also, by **February 7, 2020**, file an unredacted version of the Affidavit on the docket pursuant to the new rule for submitting sealed materials. *See* Court's Individual Rules, I.D.3. It is further

**ORDERED** that the Government's January 13, 2020, request to file the response to Applicant's motion under seal is DENIED for substantially the same reasons stated in the January 29, 2020, Order. The Government shall, by **January 31, 2020**, file the response on the docket.

The Court of Clerk is respectfully directed to mail a copy of this Order to the Applicant.

Dated: February 4, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE